Rev.Code. In Commissioner v. Church, 3 Cir., 103 F.2d 254, it was held that a return filed for the taxpayer by a deputy collector satisfied the venue requirement of the statute. We are in accord with that decision. The motion is denied.

will not transfer a case from one referee to another; and it appearing from the record in this case that the District Court did not abuse such discretion in denying the application to transfer, it is ordered that the order of the District Court be and it is hereby affirmed.

## G. LEVOR & CO., Inc., v. HUNT, Referee in Bankruptcy.
### No. 8503.

Circuit Court of Appeals, Sixth Circuit.

March 14, 1940.

## MARYLAND CASUALTY CO. v. STOCKSTILL.
### No. 9203.

Circuit Court of Appeals, Fifth Circuit.

May 2, 1940.

Dempsey & Dempsey, of Cincinnati, Ohio, for appellant.

J. E. Rappoport, of Cincinnati, Ohio, for appellee.

Before ALLEN, HAMILTON, and AR-ANT, Circuit Judges.

PER CURIAM.

This case came on to be heard on the pleadings, the briefs, and the arguments of counsel; and it appearing to the court that under Title 11, Sec. 45 sub. b, U.S.C., 11 U.S.C.A. § 45, sub. b, the District Court has a discretion as to whether it will or

R. A. Wallace, of Gulfport, Miss., for appellant.

F. C. Hathorn and E. B. Williams, both of Poplarville, Miss., and R. W. Thompson, Jr., of Gulfport, Miss., for appellee.

Before SIBLEY, HOLMES, and Mc-CORD, Circuit Judges.